IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   13-20010-01-CM-JPO |
| ) | |
| **REX HAULTAIN**, ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

<u>Count 1</u>

From on or about August 1, 2010, through on or about November 1, 2010, in the District of Kansas, and elsewhere, the defendant,

REX HAULTAIN,

knowingly solicited via cellular telephone text messaging, which was a means and facility of interstate commerce, material from a minor that was and contained an obscene visual depiction of a minor engaging in sexually explicit conduct and a visual depiction of an actual minor engaging in sexually explicit conduct.

This was in violation of Title 18, United States Code, Sections 2252A(a)(3)(B) and (b).

A TRUE BILL.

Dated: <u>February 13, 2013</u>                                                                                    <u>     s/Foreperson        </u>

FOREPERSON

s/Scott C. Rask, #15643 for
BARRY R. GRISSOM
United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
(913) 551-6730
(913) 551-6541 (fax)
Barry.Grissom@usdoj.gov
Ks. S. Ct. No. 10866


(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

Penalties:

    Ct. 1:  NLT 5 years to NMT 20 years imprisonment; NMT $250,000 fine; NLT 5 years to NMT Life supervised release; $100 special assessment
If committed after prior sexual abuse conviction, then NLT 15 years to NMT 40 years imprisonment; NMT $250,000 fine; NLT 5 years to NMT Life supervised release; $100 special assessment
If convicted of "Federal sex offense" in which a minor was the victim after prior sex conviction in which a minor was the victim, then NLT Life imprisonment; NMT $250,000 fine; NLT 5 years to NMT Life supervised release; $100 special assessment